**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*Carolyn K. Depoian Bester*
Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Carolyn.Depoian.Bester@usdoj.gov*

*main: (973) 297-2052*
*direct: (862) 410-6195*

October 8, 2026

**BY ECF**
Honorable Julien Xavier Neals, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Mosquera v. Blanche* No. 26-12297**
**Joint Status Update Regarding Petitioner's Medical Issues**

Dear Judge Neals:

This Office represents Respondents in this habeas action. We respectfully write in accordance with the Court's October 6, 2026 Order to provide this joint status update on behalf of the parties regarding Petitioner's medical care allegations. *See* ECF No. 6.

On October 7, 2026, the parties met and conferred to address Petitioner's medical care in immigration detention. According to Petitioner's counsel, Petitioner alleges that he suffers from stomach cancer, and that he was scheduled to receive chemotherapy at the end of September 2026, but was unable to proceed with this treatment due to his detainment by U.S. Immigration and Customs Enforcement ("ICE") on September 15, 2026.

Respondents promptly conveyed this information to ICE and requested Petitioner's medical records and any further information regarding Petitioner's allegations. Respondents also requested some additional records and information from Petitioner. Additional medical records were provided by Petitioner to Respondents earlier today, and have been forwarded to ICE so that they can confer with appropriate medical personnel. With respect to relief, Petitioner maintains that immediate release is appropriate, while Respondents respectfully submit that additional time is needed to evaluate the appropriate relief, if any.

To allow time for ICE to further investigate Petitioner's allegations, and for the parties to hold another meet and confer, the parties jointly respectfully propose that they submit another status update in three business days, or by October 13, 2026.

We thank the Court for its attention to this matter. Should the Court order any relief at this time, Respondents will promptly convey that order to ICE for implementation.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Carolyn K. Depoian Bester*
CAROLYN K. DEPOIAN BESTER
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)

**So ORDERED on 10/9/2026:**

**JULIEN XAVIER NEALS**
**United States District Judge**